UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Gwendolyn McMullen,<br><br>PLAINTIFF<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security Administration,<br><br>DEFENDANT | Case No. 0:20-cv-04424-TLW-PJG<br><br>**Order** |

This matter is before the Court on the Commissioner's consent motion to remand. ECF No. 11. For the reasons stated in the motion, the motion is **GRANTED**, and the Commissioner's decision is **REVERSED**. This case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

September 21, 2021
Columbia, South Carolina

1